RAYMOND F. MOATS, III, ESQ.
(State Bar No. 165199)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
3705 Marlane Drive
Grove City, OH 43123
Telephone: (614) 801-2767
Facsimile: (614) 801-2601
WWR# 20423341
Attorney for Defendant,
National Collegiate Student Loan Trust 2003-1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA (SANTA ROSA)

| | |
|---|---|
| In re<br><br>Garret Moore and Susan Moore<br><br>Debtors.<br>_____<br><br>Garret Moore and Susan Moore<br><br>Plaintiffs,<br><br>vs.<br><br>ACS Education Services, Inc., et al.,<br><br>Defendants. | Bankruptcy Case No. 11-13325<br>Chapter 13<br><br>Adversary Proceeding No. 13-01174<br><br>Honorable Alan Jaroslovsky<br><br>**ANSWER OF DEFENDANT, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1 TO PLAINTIFFS' FIRST AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF A CERTAIN DEBT AS A MEDICAL LOAN AND NOT A STUDENT LOAN** |

Now comes Defendant, National Collegiate Student Loan Trust 2003-1 (hereinafter "Defendant" or "NCT"), by and through counsel, and hereby denies each allegation set forth in Plaintiffs' first amended complaint to Determine Dischargeability of a Certain Debt as a Medical Loan and not a Student Loan unless specifically admitted herein and further answers as follows:

1. Defendant states that paragraph one (1) of the first amended complaint states a legal conclusion to which no response is necessary. However, to the extent that an answer is deemed required, Defendant admits the allegations contained in paragraph one (1) of Plaintiffs' first amended complaint.

2. Defendant states that paragraph two (2) of the first amended complaint states a legal conclusion to which no response is necessary. However, to the extent that an answer is deemed required, Defendant denies the allegations contained in paragraph two (2) of Plaintiffs' first amended complaint for want of sufficient knowledge.

3. Defendant states that paragraph three (3) of the first amended complaint states a legal conclusion to which no response is necessary. However, to the extent that an answer is deemed required, Defendant denies the allegations contained in paragraph three (3) of Plaintiffs' first amended complaint for want of sufficient knowledge.

4. Defendant admits the allegations contained in paragraph four (4) of Plaintiffs' first amended complaint.

5. Defendant denies the allegations contained in paragraph five (5) of Plaintiffs' first amended complaint for want of sufficient knowledge.

6. Defendant denies the allegations contained in paragraph six (6) of Plaintiffs' first amended complaint for want of sufficient knowledge.

7. Defendant denies the allegations contained in paragraph seven (7) of Plaintiffs' first amended complaint for want of sufficient knowledge.

8. Defendant admits the allegations contained in paragraph eight (8) of Plaintiffs' first amended complaint.

9. Defendant denies the allegations contained in paragraph nine (9) of Plaintiffs' first amended complaint for want of sufficient knowledge.

10. Defendant denies the allegations contained in paragraph ten (10) of Plaintiffs' first amended complaint for want of sufficient knowledge.

11. Defendant denies the allegations contained in paragraph eleven (11) of Plaintiffs' first amended complaint for want of sufficient knowledge.

12. Defendant denies the allegations contained in paragraph twelve (12) of Plaintiffs' first amended complaint as to the truth of the matter asserted.

13.     Defendant denies the allegations contained in paragraph thirteen (13) of Plaintiffs' first amended complaint for want of sufficient knowledge.

14.     Defendant denies the allegations contained in paragraph fourteen (14) of Plaintiffs' first amended complaint for want of sufficient knowledge.

15.     Defendant denies the allegations contained in paragraph fifteen (15) of Plaintiffs' first amended complaint for want of sufficient knowledge.

16.     Defendant denies the allegations contained in paragraph sixteen (16) of Plaintiffs' first amended complaint for want of sufficient knowledge.

17.     Defendant denies the allegations contained in paragraph seventeen (17) of Plaintiffs' first amended complaint for want of sufficient knowledge.

18.     Defendant, NCT, denies that they intentionally and deliberately misrepresented that the ACS loan was a medical "Achiever Loan" and not a student loan as to the truth of the matter asserted. Defendant further denies the allegations contained in paragraph eighteen (18) of Plaintiffs' first amended complaint for want of sufficient knowledge.

19.     Defendant denies the allegations contained in paragraph nineteen (19) of Plaintiffs' first amended complaint for want of sufficient knowledge.

20.     Defendant denies the allegations contained in paragraph twenty (20) of Plaintiffs' first amended complaint for want of sufficient knowledge.

21.     Defendant denies the allegations contained in paragraph twenty-one (21) of Plaintiffs' first amended complaint for want of sufficient knowledge.

22.     Defendant, NCT, denies that they misrepresented the ACS loan was a medical "Achiever Loan" and not a student loan for the truth of matter asserted. Defendant further denies the allegations contained in paragraph twenty-two (22) of Plaintiffs' first amended complaint for want of sufficient knowledge.

23.     Defendant denies the allegations contained in paragraph twenty-three (23) of Plaintiffs' first amended complaint for want of sufficient knowledge.