| | |
|---|---|
| 1 | Cheryl C. Rouse, Esq. (CA Bar #118313) |
| 2 | Norman P. Bahlert, Esq. (CA Bar #135693) |
|   | **LAW OFFICES OF ROUSE & BAHLERT** |
| 3 | 345 Franklin Street |
|   | San Francisco, CA 94102 |
| 4 | Tel: (415) 575-9444 |
|   | Fax: (415) 575-9440 |
| 5 | |
| 6 | Attorneys for Xerox Education Services, Inc., |
|   | as Successor to ACS Education Services |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| IN RE: GARRET ALLEN MOORE and SUSAN MARIE MOORE | CHAPTER 7 |
| | CASE NO. . 11-13325 |
| DEBTORS. | |
| GARRET ALLEN MOORE and SUSAN MARIE MOORE | ADV. PRO. NO. . 13-1174 |
| PLAINTIFFS, | NOTICE OF CONTINUED SCHEDULING CONFERENCE |
| vs. | |
| ACS EDUCATION SERVICES, KEYBANK, N.A., NCO FINANCIAL, and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1 | Current Date:<br>Date: May 19, 2014<br>Time: 2:00 p.m.<br><br>New Date<br>Date: June 12, 2014<br>Time: 1:30 p.m. |
| DEFENDANTS. | |

PLEASE TAKE NOTICE that the Scheduling Conference set for May 19, 2014 has been to June 12, 2014 at 1:30 pm. The Scheduling Conference will be conducted telephonically by conference call.

DATED: May 12, 2014                    LAW OFFICES OF ROUSE & BAHLERT

                                                    By: /s/Cheryl C. Rouse
                                                        Cheryl C. Rouse
                                                        Attorneys for Attorneys for Xerox Education Services,
                                                        Inc., as Successor to ACS Education Services

Notice of Continued Scheduling Conference